

# Fourth Court of Appeals
## San Antonio, Texas

October 19, 2022

No. 04-22-00658-CV

Michael R. **VOORHIES** and Norelle Voorhies,
Appellants

v.

**TOWN OF HOLLYWOOD PARK, TEXAS**,
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2022-CI-02380
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

A copy of appellants' notice of appeal was filed in this court on October 5, 2022.  In accordance with section 51.017(a) of the Texas Civil Practice and Remedies Code, a notice of appeal must be served on each court reporter responsible for preparing the reporter's record. TEX. CIV. PRAC. & REM. CODE ANN. § 51.017(a).

The clerk of the court notified the appellant in writing that the certificate of service attached to the notice of appeal filed in this appeal does not certify that any court reporter was served.  The clerk instructed appellants to file an amended notice of appeal certifying proper service on the responsible court reporter(s).  An amended notice of appeal has not been filed.

It is therefore **ORDERED** that Adrian A. Spears, II file an amended notice of appeal in compliance with section 51.017(a) within ten (10) days from the date of this order.   If appellants fail to file an amended notice of appeal within the time provided, an order will be issued directing Mr. Spears to appear and show cause why he should not be held in contempt for failing to file the amended notice of appeal.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of October, 2022.



Michael A. Cruz,
Clerk of Court